Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorney for Secured Creditor
U.S. Bank Trust National Association, as Trustee
of the Bungalow Series F Trust, its assignees
and/or successors

**FILED & ENTERED**

**MAR 20 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** egarcia **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

Maria Concepcion Sarimento,

    Debtor.

) Case No. 2:11-bk-47218-VZ
)
) Chapter 11
)
)
) **ORDER GRANTING MOTION TO**
) **REOPEN BANKRUPTCY CASE UP TO**
) **JUNE 30, 2018 FOR LIMITED PURPOSE**
)
) [LBR 5010-1, 9013-1(q)(11)]
)
) (In re: 5501 E. Village Dr., Commerce, CA
) 90040)
)

1

Order
Case No. 2:11-bk-47218-VZ

Upon consideration of U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust, its assignees and/or successors ("U.S. Bank"), Motion to Reopen Chapter 11 Bankruptcy Case of Maria Concepcion Sarmiento,

**IT IS ORDERED** that the Motion is **GRANTED** as follows:

1) The bankruptcy case is reopened up to June 30, 2018; and

2) The purpose of reopening the case is limited to seeking relief regarding the order approving stipulation (docket entry #43) that resolved adversary proceeding number 2:15-ap-01262-VZ, to the extent such relief is necessary.

###

Date: March 20, 2018

Vincent P. Zurzolo
United States Bankruptcy Judge